# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 16-31505 |
| | ) | |
| **CARLOS C. AVILA,** | ) | **Chapter 13** |
| | ) | |
| Debtor(s). | ) | Hon. Judge: CASSLING |

## NOTICE OF MOTION

*To the following persons or entities who have been served via electronic mail:*
U.S. Bankruptcy Trustee: USTPRegion11.ES.ECF@usdoj.gov
Tom Vaughn, Chapter 13 Trustee: nmatranga@tvch13.net

*To the following persons or entities who have been served via U.S. Mail:*
See attached list.

PLEASE TAKE NOTICE that on **June 18, 2020, at 9:30 a.m.**, I will appear before the **Honorable Judge Donald Cassling**, or any judge sitting in that judge's place, and present the **Debtor's Motion to Incur Debt and Shorten Notice**, a copy of which is attached.

This motion will be presented and heard telephonically. No personal appearance in court is necessary or permitted. To appear and be heard telephonically on the motion, you must set up and use an account with Court Solutions, LLC. You can set up an account at www.CourtSolutions.com or by calling Court Solutions at (917) 746-7476.

If you object to this motion and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

By: Michael R. Colter, II
David M. Siegel & Assoc., LLC
790 Chaddick Drive
Wheeling, IL 60090
847-520-8100/mcolter@davidmsiegel.com

## CERTIFICATE OF SERVICE

I, Michael R. Colter, II, declare under penalty of perjury under the laws of the United States of America that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on June 4, 2020, before 5:00 p.m.

*To the following persons or entities who have been served via U.S. Mail:*

Carlos Avila
5403 S. Moody Ave., Bsmt
Chicago, IL 60638

U.S. Bank National Association, as Trustee
America's Servicing Company
MAC# #N9286-01Y
1000 Blue Gentian Road
Eagan, MN 55121-7700

Illinois Department
Of Healthcare and Family Serv.
P.O. Box 19152
Springfield, IL 62794

Midland Funding LLC
P.O. Box 2011
Warren, MI 48090

Premier Bankcard, LLC
c/o Jefferson Capital Systems LLC
P.O. Box 7999
Saint Cloud, MN 56302-9617

Illinois Bell Telephone Company
% AT&T Services, Inc.
Karen Cavagnaro, Esq.
One AT&T Way, Suite 3A104
Bedminster, NJ 07921

U.S.Department of Education
C/O FedLoan Servicing
P.O.Box 69184
Harrisburg PA 17106-9184

Portfolio Recovery Associates, LLC
Successor to Capital One Bank
P.O. Box 41067
Norfolk, VA 23541

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **In Re:** | ) | 16-31505 |
| | ) | |
| **CARLOS C. AVILA,** | ) | **Chapter 13** |
| | ) | |
| Debtor(s). | ) | Hon. Judge: CASSLING |

### MOTION TO INCUR DEBT AND SHORTEN NOTICE

NOW COMES, the Debtor, CARLOS C. AVILA, by and through his attorneys, DAVID M. SIEGEL & ASSOC., LLC, to present this Motion, and in support thereof states as follows:

1) This Court has jurisdiction pursuant to 28 U.S.C. § 1334 and Internal Operating Procedure 15(a) of the U.S. District Court for the Northern District of Illinois, Eastern Division.

2) On November 21, 2016, the Debtor filed a voluntary petition for relief pursuant to Chapter 13 under Title 11 USC which was confirmed January 12, 2017.

3) Debtor's Chapter 13 plan requires payments of $850.00, per month for the life of the plan with general unsecured creditors will receive not less than 10% of their allowed claims.

4) Debtor seeks to incur debt and finance the purchase of a single family home. Debtor currently lives on the lower level of a duplex. Debtor currently rents the upper level. Once Debtor moves from his current residence he will rent the lower unit to tenants.

5) Debtor also seeks this relief on shortened notice. Debtor faces injury because he may lose the earnest money he put down on the home he seeks to purchase.

6) The creditors will not be negatively affected by shortening the notice requirement because Debtor has a forthcoming motion to modify his Chapter 13 Plan to pay 100% to

general unsecured creditors on their allowed claims. The motion to modify will raise his plan payments to $1,000.00 per month for the remainder of the bankruptcy.

WHEREFORE, the Debtor, CARLOS C. AVILA, prays that this Honorable Court enter an Order Granting Debtor's Motion to Incur Debt and Shorten Notice, and for other such relief as the Court deems fair and proper.

          Respectfully Submitted,

          /s/ Michael R. Colter, II
          Michael R. Colter, II, A.R.D.C. #6304675
          Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES
790 Chaddick Drive
Wheeling, IL 60090
847/520-8100