UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 16-31505
CARLOS C. AVILA, )
) Chapter: 13
) Honorable Donald R. Cassling
)
)
Debtor(s) )

**ORDER GRANTING DEBTOR'S MOTION TO INCUR DEBT
AND SHORTEN NOTICE**

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given to the parties entitled thereto:

It is hereby ORDERED that:

1) The notice requirement is shortened.

2) The Debtor is granted leave to incur debt to finance the purchase of a single family home with the following terms: Amount borrowed $206,220.00 at an interest rate of 3.125% for a term of 360 months.

3) The Debtor's plan is modified to increase the dividend to general unsecured creditors to 100%.

4) The Debtor's plan is modified to increase the plan payment to $1,000 per month.

No objection to the motion having been lodged within the time required by Amended General Order No. 20-03, any potential objections have been waived, and the motion is therefore granted.

Enter: *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: June 18, 2020

**Prepared by:**

Michael R. Colter, II ARDC # 6304675
David M. Siegel & Associates, LLC
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100